UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

MARKAL TILLMAN,
D.O.C. # 197680,
    Plaintiff,

vs.                              Case No.:  1:25cv11-MCR-MAF

RICKY DIXON, et al.,
    Defendants.
_____/

## ORDER

The Magistrate Judge issued a Report and Recommendation on May 28, 2025. *See* ECF No. 9. The Court furnished the Plaintiff a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). There have been no timely filed objections.

Having considered the Report and Recommendation and the record, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1. The Magistrate Judge's Report and Recommendation (ECF No. 9) is adopted and incorporated by reference in this Order.

2. This case is **DISMISSED without prejudice** for failure to prosecute, failure to obey a court order, and failure to pay the assessed initial partial filing fee.

3. The Clerk of Court is directed to enter judgment in accordance with this order and close this case.

**DONE AND ORDERED** this 24th day of July 2025.

*M. Casey Rodgers*
------------------------------
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**